FILED

11/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0322

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 20-0322

TYLER JACK SNIDER,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## Grant of Extension

Upon consideration of Appellant's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 28, 2020, within which to prepare, serve and file the Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2020